**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 42 EAL 2019
                                :
            Respondent          :
                                :   Petition for Allowance of Appeal from
                                :   the Order of the Superior Court
             v.                     :
                                :
                                :
WILLIAM WHARTON,              :
                                :
            Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 25th day of June, 2019, the Petition for Allowance of Appeal is **DENIED**.